### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

**ROY MOLINA,**

      **Plaintiff,**

**v.**                                             **No.  CV 16-398**

**BERNALILLO COUNTY SHERIFF'S DEPARTMENT, and**
**COUNTY OF BERNALILLO,**

      **Defendants.**

### NOTICE OF REMOVAL

COME NOW defendants[1], by and through counsel, Wallin, Huss & Associates, LLC (Brandon Huss and Dennis K. Wallin), and state:

1. Pursuant to 28 U.S.C. §§ 1331, 1441, 1443, and 1446, Defendants exercise their rights to remove this action from the Second Judicial District, County of Bernalillo, State of New Mexico, where the case is now pending by the name and style of *Roy Molina v. Bernalillo County Sheriff's Department and County of Bernalillo,* Second Judicial District Court No. D-202-CV-2016-01682. The Plaintiff's action, upon information and belief, arises out of alleged violations of the Fourth and Fourteenth Amendments to the United States Constitution and 42 U.S.C. § 1983.

---

[1] Plaintiff has incorrectly named the "Bernalillo County Sheriff's Department and County of Bernalillo" as a defendant. NMSA § 4-46-1 states that all state claims against the County shall be brought against the "board of county commissioners of the county of" Bernalillo. Accordingly, the "Bernalillo County Sheriff's Department and the County of Bernalillo" are not available defendants. See *Angel v Torrance County Sheriff, et al* (DNM 8/23/2005 Black)(dismissing "Torrance County" as improperly named). See also See also *Reynolds v. Lincoln*, et al (DNM 5/19/2000 Garcia) and *Johnson v Curry County Juvenile Detention Center et al* (DNM 06/01/2007 Parker)(dismissing the "Curry County Juvenile Detention Center because it was not a proper party). Because the Bernalillo County Sheriff's Department is not a viable defendant, defendants hereby move the Court for an Order dismissing the Bernalillo County Sheriff's Department and Bernalillo County with prejudice. In the alternative, defendants will file an answer or motion within the time allowed by statute and rule.

2. This Court has original jurisdiction as provided in 28 U.S.C. § 1331 in that the cause arises under the Constitution and laws of the United States brought pursuant to 42 U.S.C. § 1983 or other applicable federal statute. See, e.g. Complaint at Counts I, II, and III.

3. No return of service has been filed for Defendant Bernalillo County Sheriff's Department so service status is unknown.

4. Defendant County of Bernalillo recieved a copy of the Complaint on April 6, 2016, via delivery to the Bernalillo County Clerk.

5. This Notice of Removal is timely filed within thirty days of service on said Defendants in accordance with the requirements of 28 U.S.C. § 1446(b).

6. Pursuant to the requirements of 28 U.S.C. § 1446, Defendants attach, and incorporate by reference, copies of the following pleadings served on the Defendants in this action:

    A. Complaint (Exhibit A);

    B. Copy of Return of Service for Bernalillo County (Exhibit B);

    C. Copy of the New Mexico Courts Lookup page (Exhibit C).

7. Defendants desire and are entitled to have this cause removed from the Second Judicial District, County of Bernalillo, State of New Mexico.

8. Written notice of the filing of this Notice is being sent contemporaneously to Plaintiff as required by law.

9. A true and accurate copy of this notice will be filed with the clerk of the Second Judicial District Court, County of Bernalillo, State of New Mexico, as required by law.

Respectfully submitted,

WALLIN, HUSS & ASSOCIATES, LLC


By:    /s/ Brandon Huss
       BRANDON HUSS
       DENNIS K. WALLIN
       P.O. Box 696
       Moriarty, New Mexico 87035
       (505) 832-6363
       bh@whmlawfirm.com
       dkw@whmlawfirm.com
       *Attorneys for Defendants*


I HEREBY CERTIFY that on the 6th day of May, 2016,
I caused the foregoing Notice of Removal to be served via
electronic means on all counsel of record and to be filed with the
New Mexico state district court.


/s/ Brandon Huss
Brandon Huss

3